Hon. John C. Coughenour

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE WESTERN DISTRICT OF WASHINGTON

10 AT SEATTLE

11 STEVEN & SHEELAGH ODSATHER, and      No. 2:18-cv-00289-JCC
the Martial Community Comprised Thereof,

12

13            Plaintiffs,     **DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**

14     vs.

15 FAY SERVICING, LLC, a Delaware Limited
Liability Company, BENEFICIAL

16 FINANCIAL I, INC., a California
Corporation, EQUIFAX INFORMATION

17 SERVICES, LLC, a Georgia Limited Liability
Company, and TRANS UNION LLC, a

18 Delaware Limited Liability Company,

19                Defendants.

20      Defendant Equifax Information Services, LLC ("Equifax") submits the following

21 Corporate Disclosure Statement:

22 ///

23 ///

24 ///

25 ///

26 ///

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
CORPORATE DISCLOSURE STATEMENT, 2:18-cv-00289-JCC - 1**

Markowitz Herbold PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

1   Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded
2   company.
3   Respectfully submitted this 5th day of March, 2018.

4
5                                           MARKOWITZ HERBOLD PC

6                              By:    *s/ Jeffrey M. Edelson*
7                                     Jeffrey M. Edelson, WSBA #37361
                                      (503) 295-3085
8                                     Of Attorneys for Defendant Equifax
                                      Information Services, LLC
9
    ODSA\705311_1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT, 2:18-cv-00289-JCC - 2**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, I have made service of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT** on the parties listed below in the manner indicated:

SaraEllen M. Hutchison
Law Office of SaraEllen Hutchison, PLLC
2367 Tacoma Ave. S
Tacoma, WA 98402-1409

*Of Attorneys for Plaintiffs*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email - saraellen@saraellenhutchison.com; info@seattlefaircredit.com
☒ Electronically via USDC CM/ECF system

Laura Nichole Coughlin
Wright Finlay & Zak, LLP
3600 15th Avenue W, Suite 200
Seattle, WA 98119-1330

*Of Attorneys for Defendant Fay Servicing, LLC*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email - lcoughlin@wrightlegal.net
☒ Electronically via USDC CM/ECF system

Abraham K. Lorber
Devon John McCurdy
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375

*Of Attorneys for Defendant Beneficial Financial I, Inc.*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email - lorbera@lanepowell.com; mccurdyd@lanepowell.com
☒ Electronically via USDC CM/ECF system

George W. Akers
Montgomery Purdue Blankinship & Austin
701 Fifth Avenue, Suite 5500
Seattle, WA 98104-7096

*Of Attorneys for Defendant Trans Union, LLC*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email - akers@mpba.com
☒ Electronically via USDC CM/ECF system

| Katherine Carlton Robinson, *pro hac vice* | ☐ | U.S. Mail |
| Schuckit & Associates PC | ☐ | Facsimile |
| 4545 Northwestern Drive | ☐ | Hand Delivery |
| Zionsville, IN 46077 | ☐ | Overnight Courier |
| | ☐ | Email - krobinson@schuckitlaw.com |
| *Of Attorneys for Defendant Trans Union, LLC* | ☒ | Electronically via USDC CM/ECF system |

DATED this 5th day of March, 2018.

*s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
Attorney for Defendant Equifax Information
Services, LLC

**CERTIFICATE OF SERVICE**