THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ODSATHER, *et al.*, | CASE NO. C18-0289-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FAY SERVICING, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs and Defendant Trans Union, LLC's stipulation and proposed order of dismissal (Dkt. No. 24). Pursuant to Federal Rule of Civil Procedure 41(b), and the parties' stipulation, the Court DISMISSES Plaintiffs' claims against Defendant Trans Union, LLC with prejudice and without an award of attorney fees or costs. This order does not dismiss claims against any other party.

DATED this 13th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0289-JCC
PAGE - 1