THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ODSATHER, *et al.*, | CASE NO. C18-0289-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FAY SERVICING, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs and Defendant Equifax Information Services, LLC, have filed a stipulation and proposed order of dismissal (Dkt. No. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Plaintiffs' claims against Defendant Equifax Information Services, LLC are DISMISSED with prejudice and without an award of costs or attorney fees to either party. This stipulation does not affect Plaintiffs' claims against the other defendants in this action.

//
//
//
//

DATED this 27th day of August 2018

      William M. McCool
      Clerk of Court

      s/Tomas Hernandez
      Deputy Clerk

MINUTE ORDER
C18-0289-JCC
PAGE - 2