UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN and SHEELAGH ODSATHER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAY SERVICING, LLC, <br><br> Defendant. | CASE NO. C18-0289-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the mediator's notice of case settlement (Dkt. No. 45). According to the mediator's notice, the parties have conducted mediation and the case has settled. (*Id.*) Within 30 days of the issuance of this order, the parties are ORDERED to file a stipulated dismissal. The Clerk is DIRECTED to close this case for statistical purposes.

DATED this 24th day of January 2019.

             William M. McCool
             Clerk of Court

             s/Tomas Hernandez
             Deputy Clerk