UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN ODSATHER and SHEELAGH ODSATHER,<br><br>Plaintiffs,<br>v.<br><br>FAY SERVICING, LLC,<br><br>Defendant. | CASE NO. C18-0289-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs and Defendant Fay Servicing, LLC have filed a stipulation and proposed order of dismissal (Dkt. No. 47). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Plaintiffs' claims against Defendant Fay Servicing, LLC are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 6th day of February 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk